IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SHERRY L. OWEN,

    Plaintiff,

v.                                               No. 1:20-cv-01013-JDB-JAY

SECURITY FINANCE CORPORATION
OF SPARTANBURG d/b/a
CONTINENTAL LOANS,

    Defendant.

---

ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS,
DENYING DEFENDANT'S MOTION TO COMPEL AS MOOT,
AND ADMINISTRATIVELY CLOSING CASE

---

Before the Court is the March 18, 2020, joint motion of the parties to stay the proceedings pending the completion of arbitration, pursuant to 9 U.S.C. § 3. (Docket Entry ("D.E.") 12.) "The Supreme Court has emphasized that, '[b]y its terms, the [FAA] leaves no place for the exercise of discretion by a district court, but instead *mandates* that district courts *shall* direct the parties to proceed to arbitration on issues as to which an arbitration agreement has been signed.'" *Southard v. Newcomb Oil Co., LLC*, No. 19-5187, 2019 WL 8111958, at *3 (6th Cir. Nov. 12, 2019) (alterations in original) (quoting *Dean Witter Reynolds, Inc. v. Byrd*, 470 U.S. 213, 218 (1985)). Accordingly, the parties' motion is GRANTED.

As the parties have agreed to arbitrate this matter, Defendant's motion to compel arbitration and stay the proceedings, (D.E. 10), is DENIED AS MOOT. This action is hereby ADMINISTRATIVELY CLOSED. The parties may reopen this case upon motion approved by the Court after the completion of arbitration.

IT IS SO ORDERED this 19th day of March 2020.

                s/ J. DANIEL BREEN
                UNITED STATES DISTRICT JUDGE